UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WHITE AND CO, ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857; 888-481-1709 TELEFAX
Avram D. White, Esq.
Counsel to the Debtor

In Re:

LESTER B. SMITH, JR.

Case No.: 22-17236-RG

Chapter: 13

Hearing Date: November 16, 2022

Judge: GAMBARDELLA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Motion to Extend/Reinstate Stay which is document number 13 on the ECF Docket is hereby withdrawn.

Date: NOVEMBER 16, 2022

/s/ Avram D. White
Signature

rev.8/1/15