AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

Re:    LESTER B SMITH, JR
      420 N WALNUT STREET
      EAST ORANGE, NJ  07017

Atty:    AVRAM D WHITE, ESQ,
      66 HAMPTON TERRACE
      ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
### Chapter 13 Case # 22-17236

## RECEIPTS AS OF 01/13/2023
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/15/2022 | $250.00 | 8828381000 | | | |

**Total Receipts: $250.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $250.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023
(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 13.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | CARRINGTON MORTGAGE SERVICES LLC | MORTGAGE ARRE | 374,471.88 | 100.00% | 0.00 | 0.00 |
| 0013 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 657.82 | 0.00% | 0.00 | 0.00 |
| 0015 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 642.42 | 0.00% | 0.00 | 0.00 |
| 0027 | LVNV FUNDING LLC | UNSECURED | 601.66 | 0.00% | 0.00 | 0.00 |
| 0030 | RECEIVABLES PERFORMANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | WARNER MOTOR | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $13.75**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $250.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $13.75    =    Funds on Hand: $236.25

**Chapter 13 Case # 22-17236**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.