UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO, ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857; 888-481-1709 TELEFAX
Avram D. White, Esq.
Counsel to the Debtor

In Re:

LESTER B. SMITH, JR.,

DEBTOR.

Case No.:  22-17236-RG

Chapter:  13

Hearing Date:  _____

Judge:  GAMBARDELLA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled         ☒ Withdrawn

Matter:  Document #22 is withdrawn by the debtor

_____

Date: January 18, 2023

/s/ Avram D. White
Signature

*rev.8/1/15*