| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on January 18, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  22-17236 |
| IN RE:<br>    LESTER B SMITH, JR | Hearing Date:  01/18/2023<br><br>Judge:  ROSEMARY GAMBARDELLA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: January 18, 2023**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

1

Debtor(s): LESTER B SMITH, JR

Case No.: 22-17236RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 01/18/2023 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/18/2023 of the plan filed on 10/11/2022, is denied; and it is further

ORDERED, that the Debtor must file a modified plan, amended schedules I and J and provide the Trustee with updated income verification by 1/27/2023 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 3/1/2023 at 8:30 am.