| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICE OF AVRAM D. WHITE<br>66 HAMPTON TERRACE<br>ORANGE, NEW JERSEY 07050<br>973-669-0857<br>888-481-1709 TELEFAX<br>EMAIL TO: AVRAM.RANDR@GMAIL.COM<br>AVRAM D. WHITE, ESQ.<br>COUNSEL TO THE DEBTOR | |
| In Re:<br><br>    LESTER B. SMITH, JR.<br><br>                        DEBTOR. | Case No.:        22-17236-RG<br><br>Chapter:         13<br><br>Hearing Date:    February 15, 2023<br><br>Judge:           R. GAMBARDELLA |

## CERTIFICATION OF SERVICE

1. I, Avram D. White, Esq.

    ☒ represent LESTER B. SMITH in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On, January 23, 2023 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    *[Place a check next to each document you served]*

    ☒ Notice of Motion Requesting an Order to Extend the Automatic Stay

    ☒ Debtor's Certification in Support of Motion to Extend the Automatic Stay

    ☒ Statement as to Why No Brief is Necessary

☒ Proposed Order Granting Motion to Extend to Automatic Stay

☐ Other *[Enter title of document]* _____

_____

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   January 23, 2023                           /s/ Avram D. White
                                                                    Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| MARIE-ANN GREENBERG, ESQ. CHAPTER 13 STANDING TRUSTEE<br>30 TWO BRIDGES ROAD<br>FAIRFIELD, N.J. 07004 | *CHAPTER 13 TRUSTEE* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, ET. AL.<br>C/O CARRINGTON MORTGAGE SERVICES, LLC<br>1600 S. DOUGLASS ROAD<br>ANAHEIM, CA 92806 | *Creditor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| MIDLAND CREDIT MANAGEMENT, INC.<br>PO BOX 2037<br>WARREN, MI 48090 | *Creditor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| PREMIER BANKCARD, LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | *Creditor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| LVNV FUNDING, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | *Creditor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| DENISE E. CARLON<br>KML LAW GROUP, PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA, PA 19106 | *Creditor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | *Creditor* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | *Creditor* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered |