Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−17236−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lester B Smith Jr
   420 N Walnut Street
   East Orange, NJ 07017−0000

Social Security No.:
   xxx−xx−7026

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/11/22 and a confirmation hearing on such Plan has been scheduled for 1/18/23.

The debtor filed a Modified Plan on 1/30/23 and a confirmation hearing on the Modified Plan is scheduled for 3/1/23 @ 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 30, 2023
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 22-17236-RG
Lester B Smith, Jr     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Jan 30, 2023     Form ID: 186     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lester B Smith, Jr, 420 N Walnut Street, East Orange, NJ 07017-3917 |
| 519703342 | | Capital One Bank, P.O. Box 83147, Richmond, VA 23285-5147 |
| 519703351 | + | Deutsche Bank National Trust Company, attn: KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519703350 | #+ | Deutsche Bank National Trust Company, 801 17th Street, Suite 300, Washington, DC 20006-3960 |
| 519703349 | + | Deutsche Bank National Trust Company, 1761 East Saint Andrew Place, Santa Ana, CA 92705-4934 |
| 519703357 | + | First Premier Bank, PO Box 3038, Evansville, IN 47730-3038 |
| 519703361 | | First Premier Bank, attn: NARS Call Center Solutions, PO Box 701, Chesterfield, MO 63006-0701 |
| 519703365 | + | LVNV Funding, 100 Davison Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 519703366 | + | LVNV Funding, 2350 North Forest Road, Suite 31B, Getzville, NY 14068-1296 |
| 519703372 | + | Receivables Professional Management, PO Box 768, Bothell, WA 98041-0768 |
| 519703373 | + | Receiveables Management, Inc., 992 South Robert St., West Saint Paul, MN 55118-1447 |
| 519703374 | + | Warner Motor, 20 North Park Street, East Orange, NJ 07017-1119 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 30 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 30 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519703340 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2023 20:50:22 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 519703344 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2023 20:50:32 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519703343 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2023 20:50:13 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 519703341 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2023 20:50:32 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519703346 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2023 20:50:22 | Capital One Bank N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519703345 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2023 20:50:13 | Capital One Bank N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519703347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2023 20:50:23 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519767274 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2023 20:40:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519767403 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2023 20:40:00 | Deutsche Bank National Trust Company, et. al., |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | C/O Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 519703352 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2023 20:50:24 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 519703358 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2023 20:50:33 | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 519703356 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2023 20:50:15 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 519703359 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2023 20:50:33 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 519703354 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2023 20:50:24 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 519703355 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2023 20:50:24 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519703360 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2023 20:50:24 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519703353 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2023 20:50:15 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519703363 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2023 20:50:16 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 519703364 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2023 20:50:17 | LVNV Funding, 15 South Main Street, Greenville, SC 29601-2743 |
| 519703367 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2023 20:50:16 | LVNV Funding LLC, P. O. Box 740281, Houston, TX 77274-0281 |
| 519753744 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2023 20:50:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519713544 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2023 20:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519740596 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2023 20:41:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519703369 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 30 2023 20:41:00 | Receivables Performance, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 519703370 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 30 2023 20:41:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 519703371 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 30 2023 20:41:00 | Receivables Persormance, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519703362 | | KECIA SMITH |
| 519703368 | | NONE |
| 519703348 | * | Capital One Bank, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 30, 2023 | Form ID: 186 | Total Noticed: 40 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:

**Name** **Email Address**

Avram D White
on behalf of Debtor Lester B Smith  Jr clistbk3@gmail.com, adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4