Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17236−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Lester B Smith Jr
 420 N Walnut Street
 East Orange, NJ 07017−0000

Social Security No.:
 xxx−xx−7026

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 2, 2023.

Dated: March 3, 2023
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 22-17236-RG
Lester B Smith, Jr                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                                    Page 1 of 3
Date Rcvd: Mar 03, 2023                   Form ID: plncf13                               Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lester B Smith, Jr, 420 N Walnut Street, East Orange, NJ 07017-3917 |
| 519703342 | | Capital One Bank, P.O. Box 83147, Richmond, VA 23285-5147 |
| 519703351 | + | Deutsche Bank National Trust Company, attn: KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519703350 | #+ | Deutsche Bank National Trust Company, 801 17th Street, Suite 300, Washington, DC 20006-3960 |
| 519703349 | + | Deutsche Bank National Trust Company, 1761 East Saint Andrew Place, Santa Ana, CA 92705-4934 |
| 519703357 | + | First Premier Bank, PO Box 3038, Evansville, IN 47730-3038 |
| 519703361 | | First Premier Bank, attn: NARS Call Center Solutions, PO Box 701, Chesterfield, MO 63006-0701 |
| 519703365 | + | LVNV Funding, 100 Davison Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 519703366 | + | LVNV Funding, 2350 North Forest Road, Suite 31B, Getzville, NY 14068-1296 |
| 519703372 | + | Receivables Professional Management, PO Box 768, Bothell, WA 98041-0768 |
| 519703373 | + | Receiveables Management, Inc., 992 South Robert St., West Saint Paul, MN 55118-1447 |
| 519703374 | + | Warner Motor, 20 North Park Street, East Orange, NJ 07017-1119 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519703340 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 20:53:39 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 519703344 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 20:53:55 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519703343 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 20:53:39 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 519703341 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 20:53:16 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519703346 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 20:53:16 | Capital One Bank N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519703345 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 20:53:55 | Capital One Bank N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519703347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 20:53:56 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519767274 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 03 2023 20:48:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519767403 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 03 2023 20:48:00 | Deutsche Bank National Trust Company, et. al., |

Case 22-17236-RG    Doc 39    Filed 03/05/23    Entered 03/06/23 00:15:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 03, 2023 | Form ID: plncf13 | Total Noticed: 40 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | C/O Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 519703352 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 03 2023 20:53:21 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 519703358 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 03 2023 20:53:42 | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 519703356 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 03 2023 20:53:42 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 519703359 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 03 2023 20:53:21 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 519703354 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 03 2023 20:53:22 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 519703355 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 03 2023 20:53:42 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519703360 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 03 2023 20:53:42 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519703353 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 03 2023 20:53:42 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519703363 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 20:53:28 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 519703364 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 20:53:28 | LVNV Funding, 15 South Main Street, Greenville, SC 29601-2743 |
| 519703367 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 20:53:28 | LVNV Funding LLC, P. O. Box 740281, Houston, TX 77274-0281 |
| 519753744 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 20:53:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519713544 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2023 20:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519740596 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 03 2023 20:49:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519703369 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 03 2023 20:50:00 | Receivables Performance, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 519703370 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 03 2023 20:50:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 519703371 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 03 2023 20:50:00 | Receivables Persormance, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519703362 | | KECIA SMITH |
| 519703368 | | NONE |
| 519703348 | * | Capital One Bank, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 22-17236-RG    Doc 39    Filed 03/05/23    Entered 03/06/23 00:15:06    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: plncf13 | Total Noticed: 40 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avram D White | on behalf of Debtor Lester B Smith Jr clistbk3@gmail.com, adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4