UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WHITE AND CO, ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857; 888-481-1709 TELEFAX
Avram D. White, Esq.
Counsel to the Debtor

In Re:

    LESTER B. SMITH, Jr.

                    DEBTOR.

Case No.:    22-17236-RG

Chapter:    13

Hearing Date:    _____

Judge:    GAMBARDELLA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:   Document #43 is withdrawn and replaced with Document # 46 on ECF

_____

Date: April 27, 2023

/s/ Avram D. White
Signature

*rev.8/1/15*