AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

Re:  LESTER B SMITH, JR  
    420 N WALNUT STREET  
    EAST ORANGE, NJ  07017

Atty:  AVRAM D WHITE, ESQ,  
    66 HAMPTON TERRACE  
    ORANGE, NJ  07050

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 22-17236

### RECEIPTS AS OF 01/01/2024 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/15/2022 | $250.00 | 8828381000 | 01/20/2023 | $250.00 | 28459157534 |
| 02/22/2023 | $125.00 | 27970188265 | 03/17/2023 | $125.00 | 19454709840 |
| 05/10/2023 | $125.00 | 2217236-19454709930 | 05/22/2023 | $800.00 | 9178831000 |
| 06/30/2023 | $350.00 | 9246892000 | 07/24/2023 | $350.00 | 9290062000 |
| 08/21/2023 | $350.00 | 9335905000 | 09/19/2023 | $350.00 | 9388053000 |
| 10/18/2023 | $350.00 | 9438099000 | 11/20/2023 | $350.00 | 9492022000 |
| 11/27/2023 | ($350.00) | 9492022000 | 12/11/2023 | $350.00 | 9524491000 |
| 12/13/2023 | ($350.00) | 9524491000 | 12/19/2023 | $350.00 | 9539795000 |

**Total Receipts: $3,775.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,775.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 10/16/2023 | $86.26 | 8,003,752 | 11/13/2023 | $110.54 | 8,003,809 |
| | 12/11/2023 | $108.77 | 8,003,863 | | | |
| LVNV FUNDING LLC | | | | | | |
| | 10/16/2023 | $80.79 | 917,954 | 11/13/2023 | $103.52 | 919,401 |
| | 12/11/2023 | $101.87 | 920,797 | | | |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | |
| | 10/16/2023 | $88.33 | 917,387 | 11/13/2023 | $113.19 | 918,813 |
| | 12/11/2023 | $111.37 | 920,236 | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 246.36 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,300.00 | 100.00% | 2,300.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-17236**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0010 | CARRINGTON MORTGAGE SERVICES LLC | MTG SURRENDER | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 657.82 | 100.00% | 312.89 | 344.93 |
| 0015 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 642.42 | 100.00% | 305.57 | 336.85 |
| 0027 | LVNV FUNDING LLC | UNSECURED | 601.66 | 100.00% | 286.18 | 315.48 |
| 0030 | RECEIVABLES PERFORMANCE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | WARNER MOTOR | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $3,451.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $3,775.00   -   Paid to Claims: $904.64   -   Admin Costs Paid: $2,546.36   =   Funds on Hand: $299.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.